**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ANTONIO RODRIGUEZ,

                Plaintiff,

        vs.

CREDIT CONTROL SERVICES, INC.
D/B/A CREDIT COLLECTION SERVICES,

                Defendant.

CASE NO.:

State County Court Case No.:
2021-027283-SP-05

NOTICE OF REMOVAL

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Sections 1332, 1441 and 1446, Defendant Credit Control Services, Inc. d/b/a Credit Collection Services ("CCS"), by and through its undersigned attorney of record, Gordon Rees Scully Mansukhani, LLP, hereby removes this action brought by Plaintiff, Antonio Rodriguez, originally filed in the County Court in and for Miami-Dade County, Florida County Court Case Number 2021-027283-SP-05, to the United States District Court for the Southern District of Florida, and CCS, reserving all defenses other than removal states as following in support:

1.     On or about October 4, 2021, Plaintiff Antonio Rodriguez, ("Plaintiff") filed a Complaint alleging two (2) 4) causes of action in the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, entitled and captioned: *Antonio Rodriguez v Credit Control Services, Inc. d/b/a Credit Collection Services,* which was assigned Case No.: 2021-027283-SP-05.

2.     On or about February 4, 2022, CCS was served with the Complaint. *Attached as Exhibit A is a copy of the Summons and Complaint in the State Court Action.*

3.      CCS has timely filed this Notice of Removal pursuant to 28 U.S.C. §1446(b).

4.      Removal to this Court is proper pursuant to 28 U.S.C. §1441(a), which provides, in relevant part, that "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant or Defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

5.      As more fully set forth below, this Court has original jurisdiction based upon claims arising under Federal Law under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq.

6.      Because Plaintiff's First Cause of Action is federal question, the prerequisite for removal under 28 U.S.C. §1441 has been met, and this Court is vested with subject matter jurisdiction over this action.

7.      Pursuant to 28 U.S.C. §1367, to the extent jurisdiction is not otherwise provided in this Notice, CCS respectfully requests that this Court exercise supplemental jurisdiction over Plaintiff's state law claim, as such claim is so related to Plaintiff's federal claim "that they form part of the same case or controversy under Article III of the United States Constitution."

8.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff, and a copy of the Notice of Removal will be filed with the County Court in and for Miami-Dade County, Florida Civil Division, Case No.: 2021-027283-SP-05.

9.      CCS reserves all defenses including but not limited to those specified in FRCP 12(b).

10.     CCS files with this Notice, true and correct copies of all pleadings filed in the above-captioned State action.

11.     Written notice of the filing of this Notice of Removal on this date has been given to the Plaintiff, Antonio Rodriguez, through Plaintiff's attorneys of record, Jibrael Hindi and Thomas Patti, Esqs., 110 SE 6th Street, Suite 1744, Fort Lauderdale, FL 33301, via electronic mail at jibrael@jibraellaw.com and tom@jibraellaw.com.

12.     The undersigned certifies that the Defendant, CCS, has consented to the removal of this action from the Eleventh Judicial Circuit Court of Miami-Dade County, Florida to the United States District Court, Southern District.

13.     The undersigned counsel is authorized by CCS to file this Notice of Removal, is licensed in the State of Florida, and is a member in good standing of the Bar of this Court.

**WHEREFORE**, Defendant removes to this Court the above-entitled action, pending in the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and requests this action be placed on the docket of this Court for further proceedings as though this action had originally been instituted in this Court. Additionally, Defendant respectfully requests that the docket of the Court notice this firm's representation of Defendant Credit Control Services, Inc., d/b/a Credit Collection Services for all further proceedings.

Dated: February 25, 2022

Respectfully submitted,

**GORDON REES**
**SCULLY MANSUKHANI, LLP**

By:   */s/Chantel C. Wonder*
      Chantel C. Wonder
      Florida Bar No.: 0087601
      cwonder@grsm.com
      Miami Tower
      100 SE Second Street, Suite 3900
      Miami, FL 33131
      Tel: (Direct) 813-523-4945
      Facsimile 813-377-3505
      *Attorneys for Defendant Credit Control Services,*
      *Inc. d/b/a Credit Collection Services*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2022, a true and correct copy of the foregoing

was electronically filed with the Clerk of the Court by using the CM/ECF system and was sent via

electronic email to:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Telephone: (954) 907-1136
Email: jibrael@jibraellaw.com
tom@jibraellaw.com

**GORDON REES**
**SCULLY MANSUKHANI, LLP**

By:  */s/Chantel C. Wonder*

Chantel C. Wonder
Florida Bar No.: 0087601
cwonder@grsm.com
Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
Tel: (Direct) 813-523-4945
Facsimile 813-377-3505
*Attorneys for Defendant Credit Control Services, Inc*
*d/b/a Credit Collection Services*